Form NUCF

# UNITED STATES BANKRUPTCY COURT
*for the*
## Northern District of California

| | |
|---|---|
| **In re Debtor(s):** <br><br> Stephen P. Green and Nimpha V. Green | Case No.: 98–35208 TEC 13 <br> Chapter: 13 |

### Notice of Deficient Application for Unclaimed Dividends

CLAIMANT: Fund Locator Dilks & Knopik LLC, Creditor Sallie   CLAIM: 706.08
Mae n/k/a Navient Solutions, Inc

Your application for unclaimed funds cannot be processed for the following reason(s).

Affidavit of Service
- ☐ The Affidavit was not submitted.
- ☐ The Affidavit was not signed.
- ☐ The original Affidavit was not submitted.

☐ The search fee was not submitted.

☐ A current photo id was not included with the application.

☐ An original business card was not included with the application.

☐ You did not submit a document that verifies that you resided at or conducted business from the address on the Trustee's Notice of Unclaimed Dividends.

☐ You did not submit a document that verifies your current address.

☐ An authorization to collect funds was not included with the application.

☐ The Power of Attorney has expired.

☑ Other: The Notices of Unclaimed Dividends were not submitted with the application.

The claimant must submit the information/documents listed above, or submit a written request to extend the deadline, by 6/22/2015 . If the court does not timely receive the new information/documents, the court will deem the application withdrawn and will take no further action on the application. The claimant may submit a new application if they want to begin a new review process. Send information/documents or requests for extension of time to: U.S. Bankruptcy Court, PO Box 7341, San Francisco, CA 94120–7341. Attention: Toni Taylor

Dated: <u>5/21/15</u>

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

By: Toni Taylor
   (415)268–2335
   Toni_Taylor@canb.uscourts.gov

Case: 98-35208   Doc# 33   Filed: 05/21/15   Entered: 05/21/15 21:58:35   Page 1 of 1